IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NIYAZ NAIB ZAMANOV | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| KZY LOGISTICS LLC, DOK FREIGHT SYSTEMS, LLC AND SEDIKIE KAMARA | § § § § § | |
| *Defendants.* | § § | |

## DEFENDANTS' NOTICE OF REMOVAL

### BACKGROUND

1. This is a personal injury action arising from a motor vehicle accident that occurred in Hill County, Texas on May 4, 2019.[1] Plaintiff Zamanov claims he suffered personal injuries as a result of the alleged negligence of Defendants.

### STATE COURT ACTION

2. Zamanov filed suit against defendants KZY Logistics, LLC, DOK Freight Systems, LLC and Sedikie Kamara on May 7, 2020.[2] The case was filed in the 152nd Judicial District Court of Harris County, Texas under cause number 2020-28346, case style *Niyaz Naib Zamanov v KZY Logistics LLC, DOK Freight Systems, LLC and Sedikie Kamara*.

---

[1] Zamanov claims the accident occurred in Harris County, Texas but the location per the Certified Texas Peace Officer's Crash Report is in Hills County, *see*, **Exhibit G**, Defendants' *Motion to Transfer Venue* filed in State Court.
[2] *See*, **Exhibit C**, Plaintiff's *Original Petition*.

## JURISDICTION

3. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1332(a) because this is a civil action in which the amount in controversy exceeds $75,000, exclusive of interests and costs, and no defendant is domiciled in the same state as the plaintiff.

4. Furthermore, under 28 U.S.C. § 1441(b)(2), no defendant is a citizen of Texas where this action was brought.

5. According to Zamanov's *Original Petition*, he is a resident of Texas and seeks damages in excess of $100,000.[3] Defendant Kamara is a resident of Pennsylvania.[4] Defendants KZY Logistics and DOK Freight have their principal places of business in New Jersey.[5]

6. For these reasons, the amount-in-controversy and diversity requirements of 28 U.S.C. § 1332(a) are met, and the Court has original jurisdiction over this action.

## TIMELINESS

7. After Zamanov filed his original petition on May 7, 2020, the Harris County district court issued citations to KZY Logistics and DOK Freight. Both received the citation and a copy of the *Original Petition* on May 9, 2020 in Fairfield, New Jersey.[6] Kamara has not been served.

8. Thirty days have not elapsed from service to either defendant. Under 28 U.S.C. § 1446(b)(1), this *Notice of Removal* is timely and proper.

---

[3] *Id.*, ¶¶ 1 and 2.
[4] *Id.*, ¶ 5. Kamara is incorrectly denominated as a resident of Texas, but that can be served process personally at his residential address in Philadelphia, Pennsylvania.
[5] *Id.*, ¶ 3 and 4. KZY Logistics and DOK Freight are incorrectly denominated as governmental entities, but Zamanov correctly pleads they can be served with process at their places of business in Fairfield, New Jersey.
[6] *See*, **Exhibit D**, Plaintiff's Service of Process on KZY Logistics; and **Exhibit E**, Plaintiff's Service of Process on DOK Freight.

## CONDITIONS PRECEDENT

9. Defendants have tendered the required filing fee to the Clerk of the United States District Court for the Southern District of Texas, Houston Division, along with this *Notice of Removal*.

10. Defendants will promptly file a copy of this *Notice of Removal* with the Harris County District Clerk and will provide notice to Zamanov through his counsel of record.

11. All parties joined as defendants in the State Court action appear and execute this *Notice of Removal*, constituting unanimity under 28 U.S.C. § 1446(b)(2)(A).

12. Furthermore, Defendants file with this *Notice of Removal* copies of all executed process, pleadings, and orders filed in state court, as well as the docket sheet, an index of matters being filed, and a list of counsel of record for the parties.[7]

## CONDITIONAL REQUEST FOR HEARING AND JURISDICTIONAL DISCOVERY

13. If Zamanov contests this removal, Defendants request (1) a hearing regarding this Court's jurisdiction over, and the propriety of removal of, this matter; (2) the opportunity to present evidence demonstrating the existence of federal jurisdiction and the propriety of removal; and (3) leave to conduct limited discovery related to those matters.

## JURY DEMAND

14. Defendants demand a jury trial.

## CONCLUSION

Defendants KZY Logistics, DOK Freight, and Kamara respectfully request that this action be removed from the 152nd Judicial District Court of Harris County, Texas, to this Court.

---

[7] *See*, 28 U.S.C. § 1446 and L.R. 81.

Respectfully submitted,

**THE FUENTES FIRM, P.C.**

/s/ *Sadi R. Antonmattei-Goitia*
ROBERT FUENTES
State Bar No. 24005405
Federal Bar No. 28591
SADI R. ANTONMATTEI-GOITIA
State Bar No. 24091383
Federal Bar No. 3244833
5507 Louetta Road, Suite A
Spring, Texas 77379
Telephone: (281) 378-7640
Facsimile: (281) 378-7639
robert@fuentesfirm.com
sadi@fuentesfirm.com
**ATTORNEYS FOR DEFENDANTS**
**KZY LOGISTICS, DOK FREIGHT, AND KAMARA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following counsel of record through the Court's ECF system on June 1, 2020.

| | |
|---|---|
| Husein Hadi | litigation@thehadilawfirm.com |
| Jamil Thomas | |
| Carnegie H. Mims, III | |
| Sedrick Stagg | |
| Attorneys for Plaintiffs | |

/s/ *Sadi R. Antonmattei-Goitia*
SADI R. ANTONMATTEI-GOITIA