UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| NIYAZ NAIB ZAMANOV | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 6:20-cv-711 |
| KZY LOGISTICS LLC, DOK FREIGHT SYSTEMS, LLC AND SEDIKIE KAMARA | § § § § § | |
| *Defendants.* | § § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff NIYAZ NAIB ZAMANOV and Defendants KZY LOGISTICS LLC, DOK FREIGHT SYSTEMS, LLC and SEDIKIE KAMARA have filed a Joint Motion to Dismiss with Prejudice.

It is therefore ORDERED that Plaintiff's claims against Defendants are hereby dismissed with prejudice.

It is further ORDERED that costs incurred herein be taxed against the party incurring same.

SIGNED this 23rd day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE